**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

TIMOTHY LOCHMAIER,

Plaintiff,

-against-

BRITISH BROADCASTING CORPORATION WEBSITE,

Defendant.

-----------------------------------------------------------X

26 **CIVIL** 7028 (KMW)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 24, 2026, this action, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed, for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court has declined to exercise supplemental jurisdiction over any state-law claims that Plaintiff may be asserting in this action. See 28 U.S.C. § 1367(c)(3). The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith, and therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

September 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**